UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BAKUSA CONTEH,

                     **Plaintiff,**                           22-CV-04848 (VF)

       -against-                                  **ORDER**

JAIME CRUZ-STUART and CREW CONTRACTING
OF NJ, INC.,

                     **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 18, 2022, this case was assigned to me to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. The parties are ordered to file a joint status letter no later than **June 21, 2022**, providing the Court a brief statement of claims and defenses, the current schedule for expert discovery, the status of fact discovery, and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:    New York, New York
             June 13, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge